FILE COPY

RE: Case No. 15-0992                    DATE: 12/23/2015
    COA #: 04-14-00811-CV     TC#: 11-04-49987-CV
STYLE:RANDY COLEMAN AND JIM COLEMAN COMPANY
   v. RALPH DEAN

     Today the Supreme Court of Texas received and filed Randy Coleman's motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

                    MR.  R. DAVID GUERRERO
                    JIM WELLS COUNTY DISTRICT CLERK
                    P.O. BOX 2219
                    ALICE, TX  78333-2219

FILE COPY

RE: Case No. 15-0992        DATE: 12/23/2015
COA #: 04-14-00811-CV    TC#: 11-04-49987-CV
STYLE: RANDY COLEMAN AND JIM COLEMAN COMPANY
   v. RALPH DEAN

    Today the Supreme Court of Texas received and filed Randy Coleman's motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MR. JOSEPH MICHAEL GUERRA
ATTORNEY AT LAW
P.O. BOX 1968
ALICE, TX  78333

FILE COPY

RE: Case No. 15-0992        DATE: 12/23/2015
COA #: 04-14-00811-CV    TC#: 11-04-49987-CV
STYLE: RANDY COLEMAN AND JIM COLEMAN COMPANY
   v. RALPH DEAN

Today the Supreme Court of Texas received and filed Randy Coleman's motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

               MR. FRANK WEATHERED
               DUNN, WEATHERED, COFFEY
               RIVERA & KASPERITIS, PC
               611 SOUTH UPPER BROADWAY
               CORPUS CHRISTI, TX  78401

FILE COPY

RE: Case No. 15-0992          DATE: 12/23/2015
   COA #: 04-14-00811-CV    TC#: 11-04-49987-CV
STYLE: RANDY COLEMAN AND JIM COLEMAN COMPANY
   v. RALPH DEAN

Today the Supreme Court of Texas received and filed Randy Coleman's motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

                    MR. PAUL R. LAWRENCE
                    LAW OFFICE OF PAUL R. LAWRENCE
                    2180 NORTH LOOP WEST, SUITE 510
                    HOUSTON, TX  77007

FILE COPY

RE: Case No. 15-0992         DATE: 12/23/2015
   COA #: 04-14-00811-CV    TC#: 11-04-49987-CV
STYLE: RANDY COLEMAN AND JIM COLEMAN COMPANY
   v. RALPH DEAN

   Today the Supreme Court of Texas received and filed Randy Coleman's motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

                    MR. KEITH E. HOTTLE
                    CLERK, FOURTH COURT OF APPEALS
                    BEXAR COUNTY JUSTICE CENTER
                    300 DOLOROSA, STE. 3200
                    SAN ANTONIO, TX  78205

FILE COPY

RE: Case No. 15-0992        DATE: 12/23/2015
COA #: 04-14-00811-CV    TC#: 11-04-49987-CV
STYLE: RANDY COLEMAN AND JIM COLEMAN COMPANY
    v. RALPH DEAN

Today the Supreme Court of Texas received and filed Randy Coleman's motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MR. CHARLES C. WEBB JR.
WEBB CASON, P.C.
710 MESQUITE
CORPUS CHRISTI, TX  78401